AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| David VILLEGAS<br>Ismael SOSA-Saenz<br>Leah MUELLER | )<br>)<br>)<br>) | 7:25-MJ-191 |
| *Defendant(s)* | | |

**FILED**
June 20, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: M. Ramirez
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 1, 2024-March 21, 2025 in the county of Crane in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. sections 841(a)(1), 841(b)(1)(C) and 846 | Conspiracy to Possess with the Intent to Distribute a Quantity of actual Methamphetamine |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

/s/ Coleman Boring
*Complainant's signature*

Coleman Boring, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/20/2025

*Judge's signature*

City and state: Midland, Texas

Honorable Ronald C. Griffin U.S. Magirstrate Judge
*Printed name and title*